UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND COCHRAN,

        Plaintiff,                        CIVIL ACTION NO. 11-11945

        v.                                DISTRICT JUDGE JULIAN ABELE COOK

WAYNE COUNTY EMPLOYEES'        MAGISTRATE JUDGE MARK A. RANDON
RETIREMENT SYSTEM

        Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL (DKT. 12)

Before the Court is Plaintiff Raymond Cochran's ("Plaintiff") motion to compel answers to discovery (Dkt. No. 12). Having reviewed the motion, considered the argument of the parties, and otherwise being fully advised;

**IT IS ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**. Defendant is hereby ordered to produce to Plaintiff a copy of Plaintiff's Personnel File on or before **DECEMBER 27, 2011**. Defendant is further ordered to make its meeting minutes available for Plaintiff's inspection on **DECEMBER 9, 2011 at 10:00 a.m.** at Defendant's offices. Any request for further relief in Plaintiff's motion to compel is **DENIED**.

      **SO ORDERED**.

                                          s/Mark A. Randon
                                          Mark A. Randon
                                          United States Magistrate Judge

Dated: November 30, 2011

<u>Certificate of Service</u>

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, November 30, 2011, electronically.*

                                          *s/Melody R. Miles*
                                          *Case Manager to Magistrate Judge Mark A. Randon*
                                          *(313) 234-5542*