UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND COCHRAN,

       Plaintiff,                    CIVIL ACTION NO. 11-11945

       v.                            DISTRICT JUDGE JULIAN ABELE COOK

WAYNE COUNTY EMPLOYEES     MAGISTRATE JUDGE MARK A. RANDON
RETIREMENT SYSTEM, by and
through its Board of Trustees,

       Defendant.
_____/

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR
THE COURT TO BROADEN THE SCOPE OF ITS ORDER (DKT. NO. 17)**

Before the Court is Plaintiff's motion for the Court to broaden the scope of its order rendered at motion hearing on November 29, 2011 (Dkt. No. 17).  The Court conducted a telephone conference with Mr. Cochran and counsel for the defendant on February 17, 2012.  Being otherwise fully advised,

**IT IS ORDERED** that the motion is **DENIED WITHOUT PREJUDICE.**

                                      s/Mark A. Randon
                                      Mark A. Randon
                                      United States Magistrate Judge

Dated:  February 21, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, February 21, 2012, electronically.*

                                      *s/Melody R. Miles*
                                      *Case Manager to Magistrate Judge Mark A. Randon*
                                      *(313) 234-5542*